U.S. DEPARTMENT OF JUSTICE       **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Lewis, Jaumon R_____   __95468-004__   __A-4__   __Coleman Low__
　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

**Part A – INMATE REQUEST**

I was sentenced to 180 months, my case is non-violent. I was incarcerated weighing 190 pounds, today I weigh 340 pounds; suffer from asthma since birth, heart disease, I am diabetic, now grossly obese, and have an eye disease. (my obesity, presumably, is being caused by both the heart disease and diabetes, but also may be related to untreated under-performing thyroid and hormonal imbalance). All these medical issues place me at a heightened risk of contracting COVID-19 in Coleman Low's overcrowded, open-bay housing units, where social distancing is impossible. Also, my obesity not being treated during the over 12 years clearly indicates the BOP is delivering sub-standard medical care and is both deliberate indifference and cruel and unusual punishment (both now worse because of the COVID-19 materially altering operations at Coleman Low). So I ask you to please reconsider your decision and grant me compassionate release, I do not have much more time to serve, and releasing me is necessary for my health.

　　　　　　　　　　　　　　　　　Thank you.

_5 / 29 / 20_　　　　　　　　　　　　　_/s/ Jaumon Lewis_
　DATE　　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B – RESPONSE**


_____　　　　　　　　　_RCVD 6·3·2020_
　DATE　　　　　　　　　　　　　　　WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE　　　　　　　CASE NUMBER: _1024124-F1_

　　　　　　　　　　　　　　　　　　　　　CASE NUMBER: _____

**Part C – RECEIPT**
Return to: _____
　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

SUBJECT: _____

_____　　_____
　　DATE　　　　　　　　　　　　　RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

**Response to Administrative Remedy Case Number:   1024121-F1**

This is in response to your Request for Administrative Remedy received in this office on June 3, 2020.  Specifically, you are requesting a Compassionate Release based on COVID-19 concerns.

The Bureau of Prisons is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates.  We recognize you have legitimate concerns and fears about the spread of the virus.  However, your concerns about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence.

Therefore, based on the above information, your Request for Administrative Remedy is **denied**.

If you are dissatisfied with this response, you may appeal by filing a BP-10 to the Bureau of Prisons, Southeast Regional Office, ATTN: Regional Director, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, GA 30331-6226, within 20 calendar days from the date of this response.

_____            _____6/4/2020_____
Kathy P. Lane, Warden                                         Date