6-30-2020

To the honorabel Judge P. Seitz. I, Jaumon Lewis would like to start this letter off by letting you know I am very thankful for you taking time out your busy schedoue to read this letter. I was on my 11th day in quratine (sorry about pencil all I had). I was reading my Bible (psalms) something touched my heart and said write my Judge.

I was very nervous, I did not know what to say, I was even misspelling words, I was just all over the place. I never did this before. Something inside me say just be honest and come from my heart. I want you to know I have the world's best lawyer, I thank God for her. She fought for me when everybody elese laid down on me. I have really learned and educated myself about life and freedom, and not taking it for granted. I have learned 4 major things since my Incarceration. ①

Those 4 things are, understanding, forgiveness, love and responsibilty. I did not even know how to pray I was angry with myself, my mom and God. I ran everyone away being mean and stubburn. When I tell you God is real it feels so good talking about the most high.

He blessed me with a God fearad lady (Vivian Smith). She taught me how to read the Bible, I even build a wonderful relation- ship with my mom, son, and daughter.

I asked God for forgiveness and peace, and guess what? He bought love and happiness to me. I am so happy ☺. I have furthered my education I have 2 certificates from Universaity of Florida (Culinary Arts, and HorltaCulture, I can even Identify 220 plants, palms, shrubs, and trees). I Shocked myself I really love it I can make your yard look wonderful. This will help me live a productive life. I have a wonderful support group backing ②

backing me. I don't have the best health, but I have cut back on allot of things. Such as eating right I was walking, But know we are on lock down I have picked my weight back I lost over 40 pounds I have gained 53 more pounds. I will get it back off of me (lord willing). When and If I am released, I am going to focus on my calling and that is the youth. I know what it takes, and when I tell you I really care. I have been kicking myself in the butt since I have been down. All I am asking is a chance to prove I can be that productive man I suppose to be. I have to many people going to the bat for me, Mrs. Aimee Ferrer is going over and beyond for me My son Birthday is July 6th and I was really trying to surprise him and my daughter. ③

I am so proud of him. He has graduated he made the Principal Honor Roll. I know that he really need me in his life right know. I don't want him making the same mistakes I have made, and my daughter needs a farther love.

    I can go on and on about how I am going to do right. My granny always told me the proof is in the pudding. In other words Action speak louder than words. I have really changed my life. I have to tell you thank you for sitting me down for 10 years to get my act together yes, thank you I could not have gained this with out you. You told me to program and I listen to you. Oh yeah tell MRS. Burgess hi she was very nice and professinel.

Sincerly

[signature]

(4)